**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-35110 | LMI | Judge: | Laurel M. Isocoff | Trustee Name: | DREW M. DILLWORTH, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MIAMI TECH FREIGHT SERVICES, INC | | | | Date Filed (f) or Converted (c): | 09/08/2011 (f) |
| | | | | | 341(a) Meeting Date: | 10/18/2011 |
| For Period Ending: | 06/30/2016 | | | | Claims Bar Date: | 01/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. MIAMI TECH FREIGHT SERVICES 4788 NW 103 CT MIAMI, | 1.00 | 0.00 | | 0.00 | FA |
| 2. MIAMI TECH FREIGHT SERVICES, INC: CERTIFICATE OF U | 1.00 | 0.00 | | 0.00 | FA |
| 3. MIAMI TECH FREIGHT SERVICES, INC: PERMIT CERTIFICA | 1.00 | 0.00 | | 0.00 | FA |
| 4. MIAMI TECH FREIGHT SERVICES, INC: LOCAL BUSINESS T | 1.00 | 0.00 | | 0.00 | FA |
| 5. FUNDS OWED TO: MIAMI TECH FREIGHT SERVICES, INC: S | 12,054.15 | 0.00 | | 0.00 | FA |
| 6. Refund of overpayment from Ford         (u) | 0.00 | 556.43 | | 556.43 | FA |
| 7. Trustee vs. Alpha Cargo Airlines, Inc.        (u) | 0.00 | 12,500.00 | | 12,500.00 | FA |
| 8. Trustee Vs. Golden Touch Entertainment        (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9. Trustee vs. Lemus; Adv. 13-1652          (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10. Trustee vs. De Leon; Adv. 13-1653         (u) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 11. Trustee vs. Totum Cars Miami; Adv. 13-1654     (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 12. Trustee vs. Hawk Express, Inc.          (u) | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 13. Trustee vs. Alberto Castenada          (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 14. Trustee vs. Beacon Warehouse Condo Assoc.     (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15. Trustee vs. Allstate Insurance Co. (closed)      (u) | 0.00 | 58,587.86 | | 58,587.86 | FA |
| 16. Trustee vs. Martin; Adv. 13-1663         (u) | 0.00 | 0.00 | | 0.00 | FA |
| 17. Trustee vs. AMX Cargo Inc. et al         (u) | 0.00 | 0.00 | | 0.00 | FA |
| 18. Trustee vs. Fenix Airways of FL, Inc.        (u) | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 19. Trustee vs. IMA Express; Adv 13-1667       (u) | 0.00 | 0.00 | | 0.00 | FA |
| 20. Trustee vs. DB Schenker USA          (u) | 0.00 | 1,750.00 | | 1,750.00 | FA |
| 21. Trustee vs. Midnite Express, Inc.         (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22. Trustee vs. Olympic Transfer Corp.        (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-35110 | LMI | Judge: | Laurel M. Isocoff | Trustee Name: | DREW M. DILLWORTH, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MIAMI TECH FREIGHT SERVICES, INC | | | | Date Filed (f) or Converted (c): | 09/08/2011 (f) |
| | | | | | 341(a) Meeting Date: | 10/18/2011 |
| For Period Ending: | 06/30/2016 | | | | Claims Bar Date: | 01/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. Trustee vs. Sterling Courier a/k/a Global Aviation (u) | 0.00 | 0.00 | | 0.00 | FA |
| 24. Trustee vs. Montblack Corp., et al (u) | 0.00 | 0.00 | | 0.00 | FA |
| 25. Trustee vs. Montenegro; Adv. 13-1674 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 26. Trustee vs. Montenegro; Adv. 13-1675 (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 27. Trustee vs. Carrillo; Adv. 13-1676 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 28. Trustee vs. Amex Travel Related Svcs. (u) | 0.00 | 375,000.00 | | 375,000.00 | FA |
| 29. Trustee vs. Citgo Petroleum Corp. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 30. Trustee vs. RA Aviation and Maint., Inc. (u) | 0.00 | 26,375.00 | | 26,375.00 | FA |
| 31. Trustee vs. Power Aviation and Consultant, Inc. (u) | 0.00 | 4,000.00 | | 1,600.00 | 2,400.00 |
| 32. Trustee vs. Regions Bank (closed) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 33. Trustee vs. Santiago, Sr., et al (u) | 0.00 | 0.00 | | 0.00 | FA |
| 34. Trustee vs. Miami Tech Line maint Support Inc. (u) | 0.00 | 26,375.00 | | 26,375.00 | FA |
| 35. Refund from FPL (u) | 0.00 | 387.87 | | 387.87 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $12,058.15         $525,032.16                    $522,632.16         $2,400.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee hired James Miller to investigate

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Miami Tech Freight Services 4788 NW 103 Ct Miami, FL 33178 Inactive as of May 27, 2011. |
| RE PROP # | 2 | -- | Miami Tech Freight Services, Inc: Certificate of Use Freight Forwarding Cargo Services Number: 3530270400040 |
| RE PROP # | 3 | -- | Miami Tech Freight Services, Inc: Permit Certificate Freight Forwarding Cargo Services Number: 06128-00749 Expired 07/2011 |
| RE PROP # | 4 | -- | Miami Tech Freight Services, Inc: Local Business Tax Receipt-Miami Dade County Freight Forwarding Cargo Services Number: 670259-2 (643428-6) Expired 07/2011 |
| RE PROP # | 5 | -- | Funds owed to: Miami Tech Freight Services, Inc: St Aerospace Panama, Inc Bldg 241 Bryant Ave Howard Aeropuerto International Panama, PA Owes: $3,211.47 3Chem Corporation 3054 NW 72 Ave Miami, Fl 33122 Owes: $750.00 ABX Air 6640 NW 22 Street Bldg 707 Miami, FL 33126 Owes: $203.40 Airlogic 3677 South 23rd Ave Bay C-102 Lake Worth, FL 33461 Owes: $5.26 Atlantic Aerospcace, Inc 6843 N Citrus Ave Unit H Crystal River, FL 34428 Owes: $257.00 Empresa NAC. De Aeronautice (ENAER) AV.J.M. Carrera 11087 Par. 36 1/2, El Bosque Santiago, CL Owes: $5,005.24 Fastenal Panama Parque Industiral Costa De Este Parque Lefevre, Local #7C Ciudad Panama, PA Owes: $240.00 Ikaros Aviation, Inc 8301 Overseas Hwy Marathon, FL 33050 Owes: $1,043.86 Jenko Aviation, LTD 2C Alleyn Park North Green Southhall Meddlessex, C/O Pro Services For UB25QT, GD Owes: $60.00 Marshall Aerospace Hangar 13, North Works Cambridge City Airport Cambridge, CBS 8RX Owes: $447.78 Power Aviation and Consultant, Inc POB 161227 Hialeah, Fl 33016 Owes: $1,227.16 Pro-One Equipment, S.A. Centro Empresarail Los Diamantes Local #2 Via Tocumen Cuidad Panama Owes: $230.00 Total owed to debtor: $12,054.15 |
| RE PROP # | 7 | -- | Adv. #13-01656 |
| RE PROP # | 8 | -- | Adv 13-1651 |
| RE PROP # | 12 | -- | Adv. 13-1655 |
| RE PROP # | 13 | -- | Adv. 13-1657 |
| RE PROP # | 14 | -- | Adv 13-1661 (closed) |
| RE PROP # | 15 | -- | Adv. 13-1662 |
| RE PROP # | 17 | -- | Adv 13-1664 (closed) |
| RE PROP # | 18 | -- | Adv 13-1666 |
| RE PROP # | 19 | -- | Closed |
| RE PROP # | 20 | -- | Adv. 13-1668 |
| RE PROP # | 21 | -- | Adv. 13-1669 |
| RE PROP # | 22 | -- | Adv. 13-1670 |
| RE PROP # | 23 | -- | Adv. 13-1671 |
| RE PROP # | 24 | -- | Adv. 13-1672 |
| RE PROP # | 28 | -- | Adv. 13-1677 |
| RE PROP # | 29 | -- | Adv. 13-1678 |
| RE PROP # | 30 | -- | Adv. 13-1679 |
| RE PROP # | 31 | -- | Adv. 13-1680 |
| RE PROP # | 32 | -- | Adv. 13-1681 |
| RE PROP # | 33 | -- | Adv 13-1682 |
| RE PROP # | 34 | -- | Adv 13-1683 |

Initial Projected Date of Final Report (TFR): 12/15/2013     Current Projected Date of Final Report (TFR): 12/30/2017

| Trustee Signature: | /s/ DREW M. DILLWORTH, TRUSTEE | Date: 07/28/2016 |
|---|---|---|

DREW M. DILLWORTH, TRUSTEE  
150 W. FLAGLER STREET  
22ND FLOOR  
MIAMI, FL 33130  
(305) 789-3598  
ddillworth@stearnsweaver.com

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 11-35110 | Trustee Name: DREW M. DILLWORTH, TRUSTEE |
| Case Name: MIAMI TECH FREIGHT SERVICES, INC | Bank Name: Bank of Kansas City |
| | Account Number/CD#: XXXXXX3633 |
| | Checking Account |
| Taxpayer ID No: XX-XXX5303 | Blanket Bond (per case limit): $135,654,000.00 |
| For Period Ending: 06/30/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/12 | 6 | FORD MOTOR CREDIT COMPANY P.O. Box 689007Franklin, TN 37068-9007 | Refund from Ford | 1290-000 | $556.43 | | $556.43 |
| 12/18/13 | 7 | AEROMEXPRESS, S.A. 3838 N. Sam Houston Pkwy E.Houston, TX 77032 | Order dated 9/3/14 ECF 78 | 1249-000 | $7,500.00 | | $8,056.43 |
| 01/09/14 | 15 | ALLSTATE INSURANCE CO. 2775 Sanders Rd.Northbrrok, IL 60062-6127 | Order dated 9/3/14 ECF 78 | 1249-000 | $58,587.86 | | $66,644.29 |
| 04/04/14 | 35 | FPL | Refund from FPL | 1290-000 | $387.87 | | $67,032.16 |
| 05/22/14 | 7 | CENTURION AIR CARGO, INC. P.O. Box 522300Miami, FL 33152 | Adv. Settlement | 1249-000 | $5,000.00 | | $72,032.16 |
| 07/14/14 | 20 | SCHENKER, DB 965 Norfolk SquareNorfolk, VA 23502 | Order dated 9/3/14 ECF 78 | 1249-000 | $1,750.00 | | $73,782.16 |
| 09/04/14 | | MAINTENANCE, R.A. AVIATION LINE 5200 NW 36 St.Doral, FL 33166 | Order dated 9/3/14 ECF 78 | | $26,250.00 | | $100,032.16 |
| | | | Gross Receipts    $26,250.00 | | | | |
| | 30 | | Trustee vs. RA Aviation and Maint., Inc.    $13,125.00 | 1249-000 | | | |
| | 34 | | Trustee vs. Miami Tech Line maint Support Inc.    $13,125.00 | 1249-000 | | | |
| 09/12/14 | | MAINTENANCE, R.A. AVIATION LINE 5200 NW 36 St.Doral, FL 33166 | Order dated 9/3/14 ECF 78 | | $26,500.00 | | $126,532.16 |
| | | | Gross Receipts    $26,500.00 | | | | |
| | 30 | | Trustee vs. RA Aviation and Maint., Inc.    $13,250.00 | 1249-000 | | | |
| | 34 | | Trustee vs. Miami Tech Line maint Support Inc.    $13,250.00 | 1249-000 | | | |
| 10/10/14 | 28 | AMERICAN EXPRESS TRAVEL Related Services Co., Inc.2401 W. Behrend Dr.Suite 55, MC24-01-17Phoenix, AZ 85027 | Order dated 11/4/2014 ECF 86 | 1249-000 | $375,000.00 | | $501,532.16 |
| 10/14/14 | 18 | SLATKIN & REYNOLDS, P,.A. One E. Broawrd Blvd.Suite 609Ft. Lauderdale, FL 33301 | Fenix Adv Settlement ECF 78 | 1249-000 | $1,500.00 | | $503,032.16 |

Page Subtotals:    $503,032.16    $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 11-35110 | Trustee Name: DREW M. DILLWORTH, TRUSTEE |
| Case Name: MIAMI TECH FREIGHT SERVICES, INC | Bank Name: Bank of Kansas City |
| | Account Number/CD#: XXXXXX3633 |
| | Checking Account |
| Taxpayer ID No: XX-XXX5303 | Blanket Bond (per case limit): $135,654,000.00 |
| For Period Ending: 06/30/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/12/14 | 10 | LEON, RICARDO DE<br>P.O. Box 524321 Miami FL 33152 | Order dated 12/9/14 ECF 93 | 1249-000 | $7,500.00 | | $510,532.16 |
| 02/13/15 | 31 | FUENTES, REYNALDO<br>5310 SW 153 PL. S. Miami, FL 33185 | Order dated 12/23/15 ECF 113 | 1249-000 | $400.00 | | $510,932.16 |
| 03/06/15 | 31 | FUENTES, REYNALDO<br>5310 SW 153 PL. S. Miami, FL 33185 | Order dated 12/23/15 ECF 113 | 1249-000 | $400.00 | | $511,332.16 |
| 03/24/15 | 11 | TOTUM INTERNATIONAL CORP<br>dba Totum ars Miami P.O. Box 228833 Miami, FL 33222 | Order dated 4/24/15 ECF 103 | 1249-000 | $2,000.00 | | $513,332.16 |
| 04/06/15 | 31 | FUENTES, REYNALDO<br>5310 SW 153 PL. S. Miami, FL 33185 | Order dated 12/23/15 ECF 113 | 1249-000 | $400.00 | | $513,732.16 |
| 05/06/15 | 31 | FUENTES, REYNALDO<br>5310 SW 153 PL. S. Miami, FL 33185 | Order dated 12/23/15 ECF 113 | 1249-000 | $400.00 | | $514,132.16 |
| 05/13/15 | 13 | OLIVE, ADYS<br>Alberto Castaneda 15400 SW 81 St Cir LN Apt 101 Miami, FL 33193 | Adv 13-01657 | 1249-000 | $1,000.00 | | $515,132.16 |
| 05/13/15 | 26 | MONTENEGRO, ROLANDO<br>41 NW 108 Ct. Miami, FL 33172 | Adv. Settlement 13-1675 | 1249-000 | $1,000.00 | | $516,132.16 |
| 07/14/15 | 12 | HAWK EXPRESS, INC.<br>7956 NW 66 St. Miami, FL 33166 | Order dated 12/23/15 ECF 113 | 1249-000 | $1,500.00 | | $517,632.16 |
| 07/21/15 | 22 | OLYMPIC TRANSFER CORP.<br>c/o Kenneth Schurr, Esq. 3001 Ponce De Leon Blvd #262 Coral Gables, FL 33134 | Order dated 12/23/15 ECF 113 | 1249-000 | $5,000.00 | | $522,632.16 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $522,632.16 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $522,632.16 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $522,632.16 | $0.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $19,600.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3633 - Checking Account | $522,632.16 | $0.00 | $522,632.16 |
|  | $522,632.16 | $0.00 | $522,632.16 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $522,632.16 |
| Total Gross Receipts: | $522,632.16 |

Trustee Signature:   /s/ DREW M. DILLWORTH, TRUSTEE   Date: 07/28/2016

DREW M. DILLWORTH, TRUSTEE
150 W. FLAGLER STREET
22ND FLOOR
MIAMI, FL 33130
(305) 789-3598
ddillworth@stearnsweaver.com

Page Subtotals:   $0.00   $0.00