# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:                                          §
                                                §
MIAMI TECH FREIGHT SERVICES, INC §          Case No. 11-35110
                                                §
        Debtor                                  §

---

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DREW M. DILLWORTH, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 12,058.15 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 1,221,344.65 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 427,496.38 | |

3) Total gross receipts of $ 1,649,368.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 527.13 (see **Exhibit 2**), yielded net receipts of $ 1,648,841.03 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 427,500.25 | 427,500.25 | 427,496.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 13,284.53 | 13,284.53 | 13,284.53 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 198,659.48 | 1,810,060.41 | 1,810,060.41 | 1,208,060.12 |
| **TOTAL DISBURSEMENTS** | $ 198,659.48 | $ 2,250,845.19 | $ 2,250,845.19 | $ 1,648,841.03 |

4)  This case was originally filed under chapter 7 on  09/08/2011 .  The case was pending for 70 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/08/2017                    By:/s/DREW M. DILLWORTH, TRUSTEE
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trustee vs. Alberto Castenada | 1249-000 | 1,000.00 |
| Trustee vs. Allstate Insurance Co. (closed) | 1249-000 | 58,587.86 |
| Trustee vs. Alpha Cargo Airlines, Inc. | 1249-000 | 12,500.00 |
| Trustee vs. Amex Travel Related Svcs. | 1249-000 | 375,000.00 |
| Trustee vs. DB Schenker USA | 1249-000 | 1,750.00 |
| Trustee vs. De Leon; Adv. 13-1653 | 1249-000 | 7,500.00 |
| Trustee vs. Fenix Airways of FL, Inc. | 1249-000 | 1,500.00 |
| Trustee vs. Hawk Express, Inc. | 1249-000 | 1,500.00 |
| Trustee vs. Miami Tech Line maint Support Inc. | 1249-000 | 26,375.00 |
| Trustee vs. Montenegro; Adv. 13-1675 | 1249-000 | 1,000.00 |
| Trustee vs. Olympic Transfer Corp. | 1249-000 | 5,000.00 |
| Trustee vs. Power Aviation and Consultant, Inc. | 1249-000 | 1,600.00 |
| Trustee vs. RA Aviation and Maint., Inc. | 1249-000 | 26,375.00 |
| Trustee vs. Regions Bank (closed) | 1249-000 | 1,126,736.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trustee vs. Totum Cars Miami; Adv. 13-1654 | 1249-000 | 2,000.00 |
| Refund from FPL | 1290-000 | 387.87 |
| Refund of overpayment from Ford | 1290-000 | 556.43 |
| TOTAL GROSS RECEIPTS | | $ 1,649,368.16 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MIAMI TECH FREIGHT SERVICES, INC | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-001 | 527.13 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 527.13 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DREW M. DILLWORTH | 2100-000 | NA | 72,731.04 | 72,731.04 | 72,731.04 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DREW M. DILLWORTH | 2200-000 | NA | 513.58 | 513.58 | 513.58 |
| CLERK OF BANKRUPTCY COURT | 2700-000 | NA | 8,204.00 | 8,204.00 | 8,204.00 |
| ESQ. JIM MILLER | 3210-000 | NA | 316,927.50 | 316,927.50 | 316,927.50 |
| ESQ. JIM MILLER | 3220-000 | NA | 10,400.21 | 10,400.21 | 10,400.21 |
| KAPILA & COMPANY | 3410-000 | NA | 11,174.00 | 11,174.00 | 11,174.00 |
| KAPILA MUKAMAL | 3410-000 | NA | 7,372.60 | 7,372.60 | 7,372.60 |
| KAPILA & COMPANY | 3420-000 | NA | 3.87 | 3.87 | 3.87 |
| KAPILA MUKAMAL | 3420-000 | NA | 169.58 | 169.58 | 169.58 |
| KAPILA & COMPANY | 3420-001 | NA | 3.87 | 3.87 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 427,500.25 | $ 427,500.25 | $ 427,496.38 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4A | FLORIDA DEPARTMENT OF REVENUE | 5800-000 | NA | 6,552.83 | 6,552.83 | 6,552.83 |
| 10A | INTERNAL REVENUE SERV | 5800-000 | NA | 6,731.70 | 6,731.70 | 6,731.70 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 13,284.53 | $ 13,284.53 | $ 13,284.53 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Service, Inc. 1 Town Center Rd Boca Raton, FL 33431-0835 | | 111.00 | NA | NA | 0.00 |
| | Alaris 979 NW 31 Ave Pompano Beach, FL 33069 | | 543.00 | NA | NA | 0.00 |
| | Alliance Transport Logistics S.A. 11010 NW 30 St # 100 Doral, FL 33172 | | 6,600.00 | NA | NA | 0.00 |
| | Alliance Transport Logistics, S.A. Calle 59, Obarrio Edificio Lumalero, PB Panama | | 5,200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amasvido Rodriguez 3611 SW 138 Ave Miami, Fl 33175 | | 1.00 | NA | NA | 0.00 |
| | Amasvido Rodriguez 5200 NW 36 Street Miami, Fl 33166 | | 1.00 | NA | NA | 0.00 |
| | AMS Allen Maxwell and Silver 190 Sylvan Ave Englewood Cliffs NJ 07632 | | 760.00 | NA | NA | 0.00 |
| | AT&T 333 Commerce St Fl 20 Nashville, TN 37201-1800 | | 1.00 | NA | NA | 0.00 |
| | AT&T 333 Commerce St Fl 20 Nashville, TN 37201-1800 | | 1.00 | NA | NA | 0.00 |
| | Barinas & Associates Inc 5701 NW 36 St Miami, FL 33166 | | 1,400.00 | NA | NA | 0.00 |
| | Beacon Warehouse Condominium Association 2325 NW 102 Place Doral, FL 33172 | | 1.00 | NA | NA | 0.00 |
| | BMT Leasing Inc POB 692 Bryn Mawr, PA 19010-0692 | | 265.00 | NA | NA | 0.00 |
| | Capital One Bky Dept. POB 5155 Norcross, GA 30091 | | 500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bky Dept. POB 5155 Norcross, GA 30091 | | 500.00 | NA | NA | 0.00 |
| | Colonial Life POB 1365 Columbia, SC 29202-1365 | | 1.00 | NA | NA | 0.00 |
| | De Lage Landen 1111 Old Eagle School Rd Wayne, PA 19087-1453 | | 1,768.00 | NA | NA | 0.00 |
| | Federal Express 3875 Airways, Module H3 Dept 4634 Memphis, TN 38116 | | 13,632.00 | NA | NA | 0.00 |
| | Federal Express Freight 3875 Airways, Module H3 Dept 4634 Memphis, TN 38116 | | 4,601.00 | NA | NA | 0.00 |
| | Fenix Airways 7925 NW 12 St # 410 Doral, FL 33126 | | 700.00 | NA | NA | 0.00 |
| | Ford Motor Credit National Bky Service Center POB 537901 Livonia, MI 48153 | | 7,600.48 | NA | NA | 0.00 |
| | Golden Glove Transport POB 68427 Seattle, WA 98168 | | 263.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Honorable Eric Holder Attorney General of the United States Dept of Justice #4400 950 Pennsylvania Ave NW Washington, DC 20530 | | 0.00 | NA | NA | 0.00 |
| | Honorable Jeffrey H. Sloman United States Attorney 99 NE 4 St Miami, Fl 33132 | | 0.00 | NA | NA | 0.00 |
| | IMA Express Inc 3780 W. Century Blvd Inglewood, CA 90303 | | 5,918.00 | NA | NA | 0.00 |
| | Internal Revenue Serv Compliance Serv Insolvency STOP 5730 7850 SW 6 Ct Plantation, Fl 33324 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service 2970 Market St Mail Stop 5-Q30.133 Philadelphia, PA 19104 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service POB 21126 Philadelphia, PA 191140326 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | James R. Martinez POB 524327 Miami, FL 33152 | | 5,881.00 | NA | NA | 0.00 |
| | JFK Office Supermarket Inc 158-08 Rockway Blvd Jamaica, NY 11434 | | 781.00 | NA | NA | 0.00 |
| | Miami Dade Property Tax Collector 140 W Flagler St #101 Miami, FL 33130 | | 1.00 | NA | NA | 0.00 |
| | Miami Tech Freight Services 4788 NW 103 Ct Miami, FL 33178 | | 1.00 | NA | NA | 0.00 |
| | Miami Tech Line Maintenance Tomas Romero 5600 NW 36 St Miami, FL 33166 | | 1.00 | NA | NA | 0.00 |
| | Miami Tech Line Maintenance Tomas Romero 5600 NW 36 St Miami, FL 33166 | | 8,600.00 | NA | NA | 0.00 |
| | Miami Tech Maintenance Support, Inc 5200 NW 36 Street Miami, Fl 33166 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midnite Express Global Logistics 300 N. Oak St Los Angeles, CA 90302 | | 21,938.00 | NA | NA | 0.00 |
| | Myron 205 Maywood Ave Maywood, NJ 07607 | | 850.00 | NA | NA | 0.00 |
| | OCE Financial Services 13824 Collections Center Dr. Chicago, IL 60693-0000 | | 6,640.00 | NA | NA | 0.00 |
| | OCE Imagistics Inc 7555 E. Hampden Ave # 200 Denver, CO 80231-4834 | | 2,987.00 | NA | NA | 0.00 |
| | Ortiz Y Asociados POB 0850-0131 Zona 15 Ciudad De Panama | | 1.00 | NA | NA | 0.00 |
| | Pathman Lewis, LLP One Biscayne Tower 2 South Biscayne Blvd #2400 Miami, Fl 33131 | | 1.00 | NA | NA | 0.00 |
| | Regions Bank (FDIC) Miami Business Banking POB 2224 Brimingham, AL 35246 | | 1.00 | NA | NA | 0.00 |
| | Regions Bank 4741 Military Trail #200 Jupiter, FL 33458 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shell Fleet Processing Center POB 183019 Columbus, OH 43218-3019 | | 2,511.00 | NA | NA | 0.00 |
| | Special Assistant United States Attorney c/o Internal Revenue Serv. Area Counsel Claude Pepper Federal Bldg. 51 SW 1 Ave # 1114 Miami, Fl 33130 | | 0.00 | NA | NA | 0.00 |
| | Special Asst US Attorney c/o IRS Area Counsel 1000 S Pine Island Rd #300 Plantation, Fl 33324 | | 0.00 | NA | NA | 0.00 |
| | Sprechman & Associates, PA 2775 Sunny Isles Blvd, #100 Miami, FL 33160 | | 1.00 | NA | NA | 0.00 |
| | Staples 500 Staples Dr Framingham, MA 01702 | | 332.00 | NA | NA | 0.00 |
| | Sterling Courier POB 35418 Newark, NJ 07193-5418 | | 33,215.00 | NA | NA | 0.00 |
| | The Stevens-Lloyd Group, Inc Raymond Lloyd 7660 E. Broadway # 106 Tucson, AZ 85710 | | 40,817.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Time Payment Corp 16 New England Executive Park # 200 Burlington, MA 01803 | | 635.00 | NA | NA | 0.00 |
| | T-Mobile Attn: Bky Team POB 53410 Bellevue, WA 98015-3410 | | 1,017.00 | NA | NA | 0.00 |
| | Tomas Romero 4500 NW 93 Doral Court Doral, Fl 33178 | | 1.00 | NA | NA | 0.00 |
| | UNZ Company 333 Cedar Ave. Bldg. B #2 Middlesex, NJ 08846 | | 164.00 | NA | NA | 0.00 |
| | UPS 1000 Semmes Ave POB 1216 Richmond, VA 23218-1216 | | 15,083.00 | NA | NA | 0.00 |
| | UPS Freight 1000 Semmes Ave POB 1216 Richmond, VA 23218-1216 | | 2,872.00 | NA | NA | 0.00 |
| | UPS Supply Chain Solutions 12380 Morris Rd Alpharetta, GA 30005 | | 2,684.00 | NA | NA | 0.00 |
| | Waste Management of Dade County 3757 Coral Tree Cir Cocunut Creek, FL 33073 | | 560.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Bank 4137 121 St Urbandale, IA 50323 | | 1.00 | NA | NA | 0.00 |
| | Wells Fargo Equipment Finance 4137 121 St Urbandale, IA 50323 | | 516.00 | NA | NA | 0.00 |
| | Yellow Pages United Mail Processing Center POB 50038 Jacksonville, FL 32240-0038 | | 198.00 | NA | NA | 0.00 |
| 12 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 3,545.96 | 3,545.96 | 3,545.96 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 638.74 | 638.74 | 638.74 |
| 13 | DE LAGE LANDEN | 7100-000 | NA | 37,756.38 | 37,756.38 | 37,756.38 |
| 8 | FEDEX TECH CONNECT INC AS ASSIGNEE | 7100-000 | NA | 59,649.10 | 59,649.10 | 59,649.10 |
| 4B | FLORIDA DEPARTMENT OF REVENUE | 7100-000 | NA | 150.00 | 150.00 | 150.00 |
| 1 | GOLDEN GLOVE TRANSPORT | 7100-000 | NA | 263.00 | 263.00 | 263.00 |
| 3 | IMA EXPRESS INC | 7100-000 | NA | 11,754.91 | 11,754.91 | 11,754.91 |
| | INTERNAL REVENUE SERVICE | 7100-000 | NA | 5,100.00 | 5,100.00 | 5,100.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | REGIONS BANK (FDIC) | 7100-000 | NA | 1,678,736.29 | 1,678,736.29 | 1,076,736.00 |
| 5 | UNITED PARCEL SERVICE FREIGHT | 7100-000 | NA | 2,327.52 | 2,327.52 | 2,327.52 |
| 11A | WELLS FARGO EQUIPMENT FINANCE | 7100-000 | NA | 8,530.00 | 8,530.00 | 8,530.00 |
| 9 | ADT SECURITY SERVICES INC. | 7100-001 | NA | 1,444.34 | 1,444.34 | 1,444.34 |
| 2 | UNZ COMPANY | 7100-001 | NA | 164.17 | 164.17 | 164.17 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 198,659.48 | $ 1,810,060.41 | $ 1,810,060.41 | $ 1,208,060.12 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-35110 | LMI | Judge: | Laurel M. Isocoff | | Trustee Name: | DREW M. DILLWORTH, TRUSTEE |
|---|---|---|---|---|---|---|---|
| Case Name: | MIAMI TECH FREIGHT SERVICES, INC | | | | | Date Filed (f) or Converted (c): | 09/08/2011 (f) |
| | | | | | | 341(a) Meeting Date: | 10/18/2011 |
| For Period Ending: | 06/08/2017 | | | | | Claims Bar Date: | 01/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  MIAMI TECH FREIGHT SERVICES 4788 NW 103 CT MIAMI, | 1.00 | 0.00 | | 0.00 | FA |
| 2.  MIAMI TECH FREIGHT SERVICES, INC: CERTIFICATE OF U | 1.00 | 0.00 | | 0.00 | FA |
| 3.  MIAMI TECH FREIGHT SERVICES, INC: PERMIT CERTIFICA | 1.00 | 0.00 | | 0.00 | FA |
| 4.  MIAMI TECH FREIGHT SERVICES, INC: LOCAL BUSINESS T | 1.00 | 0.00 | | 0.00 | FA |
| 5.  FUNDS OWED TO: MIAMI TECH FREIGHT SERVICES, INC: S | 12,054.15 | 0.00 | | 0.00 | FA |
| 6.  Refund of overpayment from Ford                           (u) | 0.00 | 556.43 | | 556.43 | FA |
| 7.  Trustee vs. Alpha Cargo Airlines, Inc.         (u) | 0.00 | 12,500.00 | | 12,500.00 | FA |
| 8.  Trustee Vs. Golden Touch Entertainment         (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9.  Trustee vs. Lemus; Adv. 13-1652               (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10.  Trustee vs. De Leon; Adv. 13-1653           (u) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 11.  Trustee vs. Totum Cars Miami; Adv. 13-1654     (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 12.  Trustee vs. Hawk Express, Inc.                (u) | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 13.  Trustee vs. Alberto Castenada                 (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 14.  Trustee vs. Beacon Warehouse Condo Assoc.       (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15.  Trustee vs. Allstate Insurance Co. (closed)       (u) | 0.00 | 58,587.86 | | 58,587.86 | FA |
| 16.  Trustee vs. Martin; Adv. 13-1663             (u) | 0.00 | 0.00 | | 0.00 | FA |
| 17.  Trustee vs. AMX Cargo Inc. et al             (u) | 0.00 | 0.00 | | 0.00 | FA |
| 18.  Trustee vs. Fenix Airways of FL, Inc.         (u) | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 19.  Trustee vs. IMA Express; Adv 13-1667         (u) | 0.00 | 0.00 | | 0.00 | FA |
| 20.  Trustee vs. DB Schenker USA                 (u) | 0.00 | 1,750.00 | | 1,750.00 | FA |
| 21.  Trustee vs. Midnite Express, Inc.             (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22.  Trustee vs. Olympic Transfer Corp.           (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-35110 | LMI | Judge: | Laurel M. Isocoff | | Trustee Name: | DREW M. DILLWORTH, TRUSTEE |
|---|---|---|---|---|---|---|---|

Case Name:   MIAMI TECH FREIGHT SERVICES, INC

Date Filed (f) or Converted (c):   09/08/2011 (f)

341(a) Meeting Date:   10/18/2011

For Period Ending:   06/08/2017

Claims Bar Date:   01/17/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 23. Trustee vs. Sterling Courier a/k/a Global Aviation (u) | 0.00 | 0.00 | | 0.00 | FA |
| 24. Trustee vs. Montblack Corp., et al          (u) | 0.00 | 0.00 | | 0.00 | FA |
| 25. Trustee vs. Montenegro; Adv. 13-1674        (u) | 0.00 | 0.00 | | 0.00 | FA |
| 26. Trustee vs. Montenegro; Adv. 13-1675        (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 27. Trustee vs. Carrillo; Adv. 13-1676          (u) | 0.00 | 0.00 | | 0.00 | FA |
| 28. Trustee vs. Amex Travel Related Svcs.       (u) | 0.00 | 375,000.00 | | 375,000.00 | FA |
| 29. Trustee vs. Citgo Petroleum Corp.           (u) | 0.00 | 0.00 | | 0.00 | FA |
| 30. Trustee vs. RA Aviation and Maint., Inc.    (u) | 0.00 | 26,375.00 | | 26,375.00 | FA |
| 31. Trustee vs. Power Aviation and Consultant, Inc.   (u) | 0.00 | 4,000.00 | | 1,600.00 | FA |
| 32. Trustee vs. Regions Bank (closed)           (u) | 0.00 | 0.00 | | 1,126,736.00 | FA |
| 33. Trustee vs. Santiago, Sr., et al            (u) | 0.00 | 0.00 | | 0.00 | FA |
| 34. Trustee vs. Miami Tech Line maint Support Inc.    (u) | 0.00 | 26,375.00 | | 26,375.00 | FA |
| 35. Refund from FPL                             (u) | 0.00 | 387.87 | | 387.87 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $12,058.15 | $525,032.16 | | $1,649,368.16 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All final tax returns are complete. The case involved multiple litigation claims, the last and most significant of which was resolved on August 23, 2016 pursuant to the Order [ECF 123] authorizing the settlement with Regions Bank whereby the estate compromised/satisfied a final judgment in excess of $1.0 million. As a result of the settlement, creditors will be paid nearly in full in this case.

RE PROP #        1  --   Miami Tech Freight Services 4788 NW 103 Ct Miami, FL 33178 Inactive as of May 27,
                         2011.

Exhibit 8

RE PROP #    2    --    Miami Tech Freight Services, Inc: Certificate of Use Freight Forwarding Cargo Services Number: 3530270400040

RE PROP #    3    --    Miami Tech Freight Services, Inc: Permit Certificate Freight Forwarding Cargo Services Number: 06128-00749 Expired 07/2011

RE PROP #    4    --    Miami Tech Freight Services, Inc: Local Business Tax Receipt-Miami Dade County Freight Forwarding Cargo Services Number: 670259-2 (643428-6) Expired 07/2011

RE PROP #    5    --    Funds owed to: Miami Tech Freight Services, Inc: St Aerospace Panama, Inc Bldg 241 Bryant Ave Howard Aeropuerto International Panama, PA Owes: $3,211.47 3Chem Corporation 3054 NW 72 Ave Miami, Fl 33122 Owes: $750.00 ABX Air 6640 NW 22 Street Bldg 707 Miami, FL 33126 Owes: $203.40 Airlogic 3677 South 23rd Ave Bay C-102 Lake Worth, FL 33461 Owes: $5.26 Atlantic Aerospcace, Inc 6843 N Citrus Ave Unit H Crystal River, FL 34428 Owes: $257.00 Empresa NAC. De Aeronautice (ENAER) AV.J.M. Carrera 11087 Par. 36 1/2, El Bosque Santiago, CL Owes: $5,005.24 Fastenal Panama Parque Industiral Costa De Este Parque Lefevre, Local #7C Ciudad Panama, PA Owes: $240.00 Ikaros Aviation, Inc 8301 Overseas Hwy Marathon, FL 33050 Owes: $1,043.86 Jenko Aviation, LTD 2C Alleyn Park North Green Southhall Meddlessex, C/O Pro Services For UB25QT, GD Owes: $60.00 Marshall Aerospace Hangar 13, North Works Cambridge City Airport Cambridge, CBS 8RX Owes: $447.78 Power Aviation and Consultant, Inc POB 161227 Hialeah, Fl 33016 Owes: $1,227.16 Pro-One Equipment, S.A. Centro Empresarail Los Diamantes Local #2 Via Tocumen Cuidad Panama Owes: $230.00 Total owed to debtor: $12,054.15

RE PROP #    7    --    Adv. #13-01656

RE PROP #    8    --    Adv 13-1651

RE PROP #    12    --    Adv. 13-1655

RE PROP #    13    --    Adv. 13-1657

RE PROP #    14    --    Adv 13-1661 (closed)

RE PROP #    15    --    Adv. 13-1662

RE PROP #    17    --    Adv 13-1664 (closed)

RE PROP #    18    --    Adv 13-1666

RE PROP #    19    --    Closed

RE PROP #    20    --    Adv. 13-1668

RE PROP #    21    --    Adv. 13-1669

RE PROP #    22    --    Adv. 13-1670

RE PROP #    23    --    Adv. 13-1671

RE PROP #    24    --    Adv. 13-1672

RE PROP #    28    --    Adv. 13-1677

RE PROP #    29    --    Adv. 13-1678

RE PROP #    30    --    Adv. 13-1679

RE PROP #    31    --    Adv. 13-1680
Principal of settling defendant filed bankruptcy.
Remainder of settlement payments are being abandoned as part of the final report and closing of this case pursuant to 11 U.S.C. 554.

RE PROP #    32    --    Adv. 13-1681

RE PROP #    33    --    Adv. 13-1682

RE PROP #    34    --    Adv 13-1683

Initial Projected Date of Final Report (TFR): 12/15/2013          Current Projected Date of Final Report (TFR): 12/30/2017

Exhibit 8

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-35110  
Case Name: MIAMI TECH FREIGHT SERVICES, INC

Trustee Name: DREW M. DILLWORTH, TRUSTEE  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX3633  
Checking Account

Exhibit 9

Taxpayer ID No: XX-XXX5303  
For Period Ending: 06/08/2017

Blanket Bond (per case limit): $135,654,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/12 | 6 | FORD MOTOR CREDIT COMPANY P.O. Box 689007Franklin, TN 37068-9007 | Refund from Ford | 1290-000 | $556.43 | | $556.43 |
| 12/18/13 | 7 | AEROMEXPRESS, S.A. 3838 N. Sam Houston Pkwy E.Houston, TX 77032 | Order dated 9/3/14 ECF 78 | 1249-000 | $7,500.00 | | $8,056.43 |
| 01/09/14 | 15 | ALLSTATE INSURANCE CO. 2775 Sanders Rd.Northbrrok, IL 60062-6127 | Order dated 9/3/14 ECF 78 | 1249-000 | $58,587.86 | | $66,644.29 |
| 04/04/14 | 35 | FPL | Refund from FPL | 1290-000 | $387.87 | | $67,032.16 |
| 05/22/14 | 7 | CENTURION AIR CARGO, INC. P.O. Box 522300Miami, FL 33152 | Adv. Settlement | 1249-000 | $5,000.00 | | $72,032.16 |
| 07/14/14 | 20 | SCHENKER, DB 965 Norfolk SquareNorfolk, VA 23502 | Order dated 9/3/14 ECF 78 | 1249-000 | $1,750.00 | | $73,782.16 |
| 09/04/14 | | MAINTENANCE, R.A. AVIATION LINE 5200 NW 36 St.Doral, FL 33166 | Order dated 9/3/14 ECF 78 | | $26,250.00 | | $100,032.16 |
| | | | Gross Receipts          $26,250.00 | | | | |
| | 30 | | Trustee vs. RA Aviation and   $13,125.00 Maint., Inc. | 1249-000 | | | |
| | 34 | | Trustee vs. Miami Tech Line   $13,125.00 maint Support Inc. | 1249-000 | | | |
| 09/12/14 | | MAINTENANCE, R.A. AVIATION LINE 5200 NW 36 St.Doral, FL 33166 | Order dated 9/3/14 ECF 78 | | $26,500.00 | | $126,532.16 |
| | | | Gross Receipts          $26,500.00 | | | | |
| | 30 | | Trustee vs. RA Aviation and   $13,250.00 Maint., Inc. | 1249-000 | | | |
| | 34 | | Trustee vs. Miami Tech Line   $13,250.00 maint Support Inc. | 1249-000 | | | |
| 10/10/14 | 28 | AMERICAN EXPRESS TRAVEL Related Services Co., Inc.2401 W. Behrend Dr.Suite 55, MC24-01-17Phoenix, AZ 85027 | Order dated 11/4/2014 ECF 86 | 1249-000 | $375,000.00 | | $501,532.16 |
| 10/14/14 | 18 | SLATKIN & REYNOLDS, P,.A. One E. Broawrd Blvd.Suite 609Ft. Lauderdale, FL 33301 | Fenix Adv Settlement ECF 78 | 1249-000 | $1,500.00 | | $503,032.16 |

Page Subtotals: $503,032.16    $0.00

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-35110

Case Name: MIAMI TECH FREIGHT SERVICES, INC

Taxpayer ID No: XX-XXX5303

For Period Ending: 06/08/2017

Trustee Name: DREW M. DILLWORTH, TRUSTEE

Bank Name: BOK Financial

Account Number/CD#: XXXXXX3633

Checking Account

Blanket Bond (per case limit): $135,654,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/12/14 | 10 | LEON, RICARDO DE P.O. Box 524321Miami FL 33152 | Order dated 12/9/14 ECF 93 | 1249-000 | $7,500.00 | | $510,532.16 |
| 02/13/15 | 31 | FUENTES, REYNALDO 5310 SW 153 PL. S.Miami, FL 33185 | Order dated 12/23/15 ECF 113 | 1249-000 | $400.00 | | $510,932.16 |
| 03/06/15 | 31 | FUENTES, REYNALDO 5310 SW 153 PL. S.Miami, FL 33185 | Order dated 12/23/15 ECF 113 | 1249-000 | $400.00 | | $511,332.16 |
| 03/24/15 | 11 | TOTUM INTERNATIONAL CORP dba Totum ars MiamiP.O. Box 228833Miami, FL 33222 | Order dated 4/24/15 ECF 103 | 1249-000 | $2,000.00 | | $513,332.16 |
| 04/06/15 | 31 | FUENTES, REYNALDO 5310 SW 153 PL. S.Miami, FL 33185 | Order dated 12/23/15 ECF 113 | 1249-000 | $400.00 | | $513,732.16 |
| 05/06/15 | 31 | FUENTES, REYNALDO 5310 SW 153 PL. S.Miami, FL 33185 | Order dated 12/23/15 ECF 113 | 1249-000 | $400.00 | | $514,132.16 |
| 05/13/15 | 13 | OLIVE, ADYS Alberto Castaneda15400 SW 81 St Cir LNApt 101Miami, FL 33193 | Adv 13-01657 | 1249-000 | $1,000.00 | | $515,132.16 |
| 05/13/15 | 26 | MONTENEGRO, ROLANDO 41 NW 108 Ct.Miami, FL 33172 | Adv. Settlement 13-1675 | 1249-000 | $1,000.00 | | $516,132.16 |
| 07/14/15 | 12 | HAWK EXPRESS, INC. 7956 NW 66 St.Miami, FL 33166 | Order dated 12/23/15 ECF 113 | 1249-000 | $1,500.00 | | $517,632.16 |
| 07/21/15 | 22 | OLYMPIC TRANSFER CORP. c/o Kenneth Schurr, Esq.3001 Ponce De Leon Blvd#262Coral Gables, FL 33134 | Order dated 12/23/15 ECF 113 | 1249-000 | $5,000.00 | | $522,632.16 |
| 09/13/16 | | PATHMAN LEWIS , LLP 2 S. Biscayne Blvd, Ste 2400 Miami, FL 33131 | Order dated 8/23/16 ECF 123 PP 3 of 9019 (ECF 121, p. 10) Claim 14 is allowed as judgment satisfied | | $50,000.00 | | $572,632.16 |
| | | | Gross Receipts           $1,126,736.00 | | | | |
| | | REGIONS BANK (FDIC) Miami Business Banking Post Office Box 2224 Brimingham, Alabama  35246-0001 | ($1,076,736.00) | 7100-000 | | | |
| | 32 | | Trustee vs. Regions Bank           $1,126,736.00 (closed) | 1249-000 | | | |

Page Subtotals:                                   $69,600.00            $0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-35110
Case Name: MIAMI TECH FREIGHT SERVICES, INC

Taxpayer ID No: XX-XXX5303
For Period Ending: 06/08/2017

Trustee Name: DREW M. DILLWORTH, TRUSTEE
Bank Name: BOK Financial
Account Number/CD#: XXXXXX3633
Checking Account
Blanket Bond (per case limit): $135,654,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/27/16 | 3008 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal incorrect payee. Should be Kapila & Co. | 3420-000 | | ($3.87) | $572,636.03 |
| 10/27/16 | 3001 | DREW M. DILLWORTH 150 W. FLAGLER STREET MIAMI, FL  33130 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $72,731.04 | $499,904.99 |
| 10/27/16 | 3002 | DREW M. DILLWORTH 150 W. FLAGLER STREET MIAMI, FL  33130 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $513.58 | $499,391.41 |
| 10/27/16 | 3003 | CLERK OF BANKRUPTCY COURT CLERK OF BANKRUPTCY COURT | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $8,204.00 | $491,187.41 |
| 10/27/16 | 3004 | ESQ. JIM MILLER 19 West Flagler Street Suite 416 Miami, FL  33130 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $316,927.50 | $174,259.91 |
| 10/27/16 | 3005 | ESQ. JIM MILLER 19 West Flagler Street Suite 416 Miami, FL  33130 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $10,400.21 | $163,859.70 |
| 10/27/16 | 3006 | KAPILA & COMPANY c/o Soneet Kapila 1000 South Federal Hwy Suite 200 Ft. Lauderdale, FL  33316 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $11,174.00 | $152,685.70 |
| 10/27/16 | 3007 | KAPILA MUKAMAL ATTN: Soneet Kapila 1000 South Federal Highway, #200 Fort Lauderdale, FL  33316 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $7,372.60 | $145,313.10 |
| 10/27/16 | 3008 | Clerk, U.S. Bankruptcy Court | Remit to Court | 3420-001 | | $3.87 | $145,309.23 |
| 10/27/16 | 3009 | KAPILA MUKAMAL ATTN: Soneet Kapila 1000 South Federal Highway, #200 Fort Lauderdale, FL  33316 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $169.58 | $145,139.65 |

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

Page Subtotals: $0.00    $427,492.51

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-35110

Case Name: MIAMI TECH FREIGHT SERVICES, INC

Trustee Name: DREW M. DILLWORTH, TRUSTEE

Bank Name: BOK Financial

Account Number/CD#: XXXXXX3633

Checking Account

Taxpayer ID No: XX-XXX5303

For Period Ending: 06/08/2017

Blanket Bond (per case limit): $135,654,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/27/16 | 3010 | FLORIDA DEPARTMENT OF REVENUE BANKRUPTCY UNIT PO BOX 6668 TALLAHASSEE, FL  32314-6668 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 5800-000 | | $6,552.83 | $138,586.82 |
| 10/27/16 | 3011 | INTERNAL REVENUE SERV Compliance Serv Insolvency STOP 5730 7850 SW 6 Ct Plantation, Fl  33324 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | 5800-000 | | $6,731.70 | $131,855.12 |
| 10/27/16 | 3012 | INTERNAL REVENUE SERVICE PO Box 7317 Philadelphia, PA  19101-7346 | Final distribution representing a payment of 95.18 % per court order. | 7100-000 | | $4,854.06 | $127,001.06 |
| 10/27/16 | 3013 | GOLDEN GLOVE TRANSPORT POB 68427 Seattle, WA  98168 | Final distribution to claim 1 representing a payment of 95.18 % per court order. | 7100-000 | | $250.32 | $126,750.74 |
| 10/27/16 | 3014 | UNZ COMPANY 333 Cedar Ave. Bldg. B #2 Middlesex, NJ  08846 | Remit to Court | 7100-001 | | $156.25 | $126,594.49 |
| 10/27/16 | 3015 | IMA EXPRESS INC 3780 W. Century Blvd Inglewood, CA  90303 | Final distribution to claim 3 representing a payment of 95.18 % per court order. | 7100-000 | | $11,188.05 | $115,406.44 |
| 10/27/16 | 3016 | FLORIDA DEPARTMENT OF REVENUE BANKRUPTCY UNIT PO BOX 6668 TALLAHASSEE, FL  32314-6668 | Final distribution to claim 4 representing a payment of 95.18 % per court order. | 7100-000 | | $142.77 | $115,263.67 |
| 10/27/16 | 3017 | UNITED PARCEL SERVICE FREIGHT c/o RMS Bankruptcy Recovery Services P.O. Box 4396 Timonium, Maryland  21094 | Final distribution to claim 5 representing a payment of 95.18 % per court order. | 7100-000 | | $2,215.28 | $113,048.39 |
| 10/27/16 | 3018 | CAPITAL ONE BANK (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC  28272-1083 | Final distribution to claim 6 representing a payment of 95.18 % per court order. | 7100-000 | | $607.94 | $112,440.45 |
| 10/27/16 | 3019 | FORD MOTOR CREDIT COMPANY LLC Dept 55953 P O Box 55000 Detroit, MI  48255-0953 | Return of payment | 7100-000 | | $6,860.05 | $105,580.40 |

Page Subtotals:                    $0.00          $39,559.25

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-35110                                                                 Trustee Name: DREW M. DILLWORTH, TRUSTEE        Exhibit 9

Case Name: MIAMI TECH FREIGHT SERVICES, INC                Bank Name: BOK Financial

Account Number/CD#: XXXXXX3633

Checking Account

Taxpayer ID No: XX-XXX5303                                                    Blanket Bond (per case limit): $135,654,000.00

For Period Ending: 06/08/2017                                                  Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/27/16 | 3020 | FEDEX TECH CONNECT INC AS ASSIGNEE of FedEx Express/Ground/Freight 3965 Airways Blvd, Module G, 3rd Floor Memphis, Tennessee  38116 | Final distribution to claim 8 representing a payment of 95.18 % per court order. | 7100-000 | | $56,772.61 | $48,807.79 |
| 10/27/16 | 3021 | ADT SECURITY SERVICES INC. 14200 E Exposition Avenue Aurora, CO  80012 | Remit to Court | 7100-001 | | $1,374.69 | $47,433.10 |
| 10/27/16 | 3022 | WELLS FARGO EQUIPMENT FINANCE 300 Tri-State International, Suite 400 Lincolnshire, IL  60069 | Final distribution to claim 11 representing a payment of 95.18 % per court order. | 7100-000 | | $8,118.65 | $39,314.45 |
| 10/27/16 | 3023 | AMERICAN INFOSOURCE LP AS AGENT FOR PO Box 248848 Oklahoma City, OK  73124-8848 | Final distribution to claim 12 representing a payment of 95.18 % per court order. | 7100-000 | | $3,374.96 | $35,939.49 |
| 10/27/16 | 3024 | DE LAGE LANDEN 1111 Old Eagle School Rd Wayne, PA  19087-1453 | Final distribution to claim 13 representing a payment of 95.18 % per court order. | 7100-000 | | $35,935.62 | $3.87 |
| 10/27/16 | 3025 | KAPILA & COMPANY c/o Soneet Kapila 1000 South Federal Hwy Suite 200 Ft. Lauderdale, FL 33316 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $3.87 | $0.00 |
| 11/09/16 | 3021 | ADT SECURITY SERVICES INC. 14200 E Exposition Avenue Aurora, CO  80012 | Remit to Court Check was returned undeliverable. | 7100-001 | | ($1,374.69) | $1,374.69 |
| 11/09/16 | 3026 | Clerk, U.S. Bankruptcy Court | Remit To Court | 7100-001 | | $1,374.69 | $0.00 |
| 11/18/16 | | Ford Motor Credit Company P.O. Box 689007 Franklin, TN 37068-9007 | Return of payment | 7100-000 | | ($6,860.05) | $6,860.05 |
| 02/23/17 | 3027 | INTERNAL REVENUE SERVICE PO Box 7317 Philadelphia, PA  19101-7346 | Final distribution representing a payment of 100.00 % per court order. | 7100-000 | | $245.94 | $6,614.11 |
| 02/23/17 | 3028 | GOLDEN GLOVE TRANSPORT POB 68427 Seattle, WA  98168 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $12.68 | $6,601.43 |

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*                         Page Subtotals:                              $0.00          $98,978.97

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-35110

Case Name: MIAMI TECH FREIGHT SERVICES, INC

Taxpayer ID No: XX-XXX5303

For Period Ending: 06/08/2017

Trustee Name: DREW M. DILLWORTH, TRUSTEE

Bank Name: BOK Financial

Account Number/CD#: XXXXXX3633

Checking Account

Blanket Bond (per case limit): $135,654,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/23/17 | 3029 | UNZ COMPANY<br>333 Cedar Ave. Bldg. B #2<br>Middlesex, NJ 08846 | Remit to Court | 7100-001 | | $7.92 | $6,593.51 |
| 02/23/17 | 3030 | IMA EXPRESS INC<br>3780 W. Century Blvd<br>Inglewood, CA 90303 | Final distribution to claim 3<br>representing a payment of<br>100.00 % per court order. | 7100-000 | | $566.86 | $6,026.65 |
| 02/23/17 | 3031 | FLORIDA DEPARTMENT OF REVENUE BANKRUPTCY UNIT<br>PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Final distribution to claim 4<br>representing a payment of<br>100.00 % per court order. | 7100-000 | | $7.23 | $6,019.42 |
| 02/23/17 | 3032 | UNITED PARCEL SERVICE FREIGHT<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, Maryland 21094 | Final distribution to claim 5<br>representing a payment of<br>100.00 % per court order. | 7100-000 | | $112.24 | $5,907.18 |
| 02/23/17 | 3033 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution to claim 6<br>representing a payment of<br>100.00 % per court order. | 7100-000 | | $30.80 | $5,876.38 |
| 02/23/17 | 3034 | FEDEX TECH CONNECT INC AS ASSIGNEE<br>of FedEx Express/Ground/Freight<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, Tennessee 38116 | Final distribution to claim 8<br>representing a payment of<br>100.00 % per court order. | 7100-000 | | $2,876.49 | $2,999.89 |
| 02/23/17 | 3035 | ADT SECURITY SERVICES INC.<br>P.O. Box 650485<br>Dallas, TX 75265-0485 | Final distribution to claim 9<br>representing a payment of<br>100.00 % per court order. | 7100-000 | | $69.65 | $2,930.24 |
| 02/23/17 | 3036 | WELLS FARGO EQUIPMENT FINANCE<br>300 Tri-State International, Suite 400<br>Lincolnshire, IL 60069 | Final distribution to claim 11<br>representing a payment of<br>100.00 % per court order. | 7100-000 | | $411.35 | $2,518.89 |
| 02/23/17 | 3037 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Final distribution to claim 12<br>representing a payment of<br>100.00 % per court order. | 7100-000 | | $171.00 | $2,347.89 |
| 02/23/17 | 3038 | DE LAGE LANDEN<br>1111 Old Eagle School Rd<br>Wayne, PA 19087-1453 | Final distribution to claim 13<br>representing a payment of<br>100.00 % per court order. | 7100-000 | | $1,820.76 | $527.13 |

Page Subtotals:                                    $0.00            $6,074.30

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-35110
Case Name: MIAMI TECH FREIGHT SERVICES, INC

Trustee Name: DREW M. DILLWORTH, TRUSTEE
Bank Name: BOK Financial
Account Number/CD#: XXXXXX3633
Checking Account

Taxpayer ID No: XX-XXX5303
For Period Ending: 06/08/2017

Blanket Bond (per case limit): $135,654,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/23/17 | 3039 | MIAMI TECH FREIGHT SERVICES, INC 4788 NW 103 CT MIAMI, FL 33178 | Remit to Court | 8200-001 | | $527.13 | $0.00 |
| 05/25/17 | 3029 | UNZ COMPANY 333 Cedar Ave. Bldg. B #2 Middlesex, NJ 08846 | Remit to Court | 7100-001 | | ($7.92) | $7.92 |
| 05/25/17 | 3039 | MIAMI TECH FREIGHT SERVICES, INC 4788 NW 103 CT MIAMI, FL 33178 | Remit to Court | 8200-001 | | ($527.13) | $535.05 |
| 05/25/17 | 3040 | Clerk, U.S. Bankruptcy Court | Remit To Court | | | $535.05 | $0.00 |
| | | MIAMI TECH FREIGHT SERVICES, INC | Distribution of surplus funds to debtor. ($527.13) | 8200-001 | | | |
| | | UNZ COMPANY | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($7.92) | 7100-001 | | | |

|  | | |
|---|---|---|
| COLUMN TOTALS | $572,632.16 | $572,632.16 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $572,632.16 | $572,632.16 |
| Less: Payments to Debtors | $0.00 | $527.13 |
| Net | $572,632.16 | $572,105.03 |

Page Subtotals:                    $0.00          $527.13

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3633 - Checking Account | $572,632.16 | $572,105.03 | $0.00 |
| | $572,632.16 | $572,105.03 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,076,736.00 |
| Total Net Deposits: | $572,632.16 |
| Total Gross Receipts: | $1,649,368.16 |

Page Subtotals:                                           $0.00                    $0.00